| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
| | Theodore A. Pinnock, Esq.   Bar #: 153434 |
| 2 | Michelle L. Wakefield, Esq.   Bar #: 200424 |
| | David C. Wakefield, Esq.   Bar #: 185736 |
| 3 | 3033 Fifth Avenue, Suite 410 |
| | San Diego, CA  92103 |
| 4 | Phone: (619) 858-3671 |
| | Fax:   (619) 858-3646 |

FILED
2006 SEP 20 PM 12:14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES DUING ON BEHALF OF ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS; ROBERT ARRON MCKISSICK, A MINOR; AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS,<br><br>Plaintiffs<br><br>v.<br><br>ROSALINA C. DE MEDRANO & MATIAS MEDRANO d.b.a. C & M AUTO GLASS; ROSALINA C. DE MEDRANO; MATIAS MEDRANO; CARDENA'S UPHOLSTRY; SEDLACK DEVELOPMENT CO, L.P.; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.:06cv1620 H (WMc)<br><br>REQUEST FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

    IT IS HEREBY REQUESTED by Plaintiffs **TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES DUING ON BEHALF OF ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS; ROBERT ARRON MCKISSICK, A MINOR; AIDA ESTETA BARTOSH AND**

Case Number. 06cv1617 LAB (CAB)

1  **ANNA MARIE WIGGINS**, via their attorneys of record that, pursuant
2  to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this
3  Court enter a dismissal with prejudice of ALL Defendants from
4  Plaintiffs' Complaint, Case Number 06cv1620 H (WMc).
5    Additionally, Plaintiffs request Plaintiffs' complaint be
6  dismissed with prejudice in its entirety.

8  **IT IS SO REQUESTED.**
9  Dated: __09-13-06__

    PINNOCK & WAKEFIELD, A.P.C.

    By: _____
    THEODORE A. PINNOCK, ESQ.
    DAVID C. WAKEFIELD, ESQ.
    Attorneys for Plaintiffs

15  **ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

18  **IT IS HEREBY ORDERED** that ALL Defendants are dismissed with
19  prejudice from Plaintiffs' Complaint, Case Number 06cv1620 H
20  (WMc). Additionally, Plaintiffs Complaint is hereby dismissed
21  with prejudice in its entirety.
22  **IT IS SO ORDERED.**
23  Dated: __9/19/06__

    _____
    HON. MARILYN L. HUFF
    U.S. DISTRICT COURT JUDGE

Case Number. 06cv1617 LAB (CAB)